HERMAN TORRES, JR., ET AL. v. LIBERTY MUTUAL
INSURANCE CO.

June 27, 1986.

Petition for certification denied.

ALFRED B. OCHSNER, JR. v. TOWNSHIP OF CRANBURY.

June 27, 1986.

Petition for certification denied.

BERNARD RISKIN v. STATE OF NEW JERSEY.

June 27, 1986.

Petition for certification denied.